Revised 03/06 WDNY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

23 CV 813-V

**FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT**
(Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.   Full Name of Plaintiff:** NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

Steven Mackie

-vs-

**B.   Full Name(s) of Defendant(s)** NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1. Town of Tonawanda
2. Village of Warsaw
3. E.C. Superior Court
4. 
5. 
6. 

[FILED AUG 10 2023 – MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY]

## 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections MUST be answered*

*Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.*

**A. Basis of Jurisdiction in Federal Court:** Trustpass Against Equitable an Alienable 2nd and 4th Amendment Right.

*State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.*

**B. Reason for Venue in the Western District:** Sole intent of the Law was not broken. No injured party, No Damage; Corpus Delicti – Body of the crime. No Accuser.

*Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.*

**C. Nature of Suit:** Trespass against Alienable right to bear arms, unlawful search an seizure of conveyance and property, excessive bail, right to do process of the law.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION**  NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: Steven Mackie

Present Address: 1440 Jefferson Ave. Su-220
Buffalo, NY 14208

Name of Second Plaintiff: ___

Present Address: ___

**DEFENDANT'S INFORMATION**  NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: Billie Jo Zakia  (Tonawanda)

Official Position of Defendant (if relevant): Chief Clerk

Address of Defendant: 25 Delaware Ave.
Buffalo, NY 14202

Name of Second Defendant: Pat Wagner  (Warsaw)

Official Position of Defendant (if relevant): Court of Clerk

Address of Defendant: 83 Center ST
Warsaw, NY 14569

Name of Third Defendant: Katie O'Neill  (Superior)

Official Position of Defendant (if relevant): Court of Clerk

Address of Defendant: 1835 Sheridan Dr
Buffalo, NY 14223

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

**A.**  Have you begun any other lawsuits in state or federal court dealing with the same facts involved in this action?
Yes ☐  No ☒

**If Yes, complete the next section.** NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s): ___

2

Con't Complaint Tonawanda

| | |
|---|---|
| J.P. Stauffiger | 1835 Sheredan Dr. Buffalo NY 14223 |
| David Humphrey | 1835 Sheredon Dr Buffalo NY 14223 |
| P.D. Wainwright | 1835 Sheredon Dr Buffalo NY 14223 |
| M. Agugliaro | 1835 Sheredon Dr Buffalo NY 14223 |
| LT. Valint | 1835 Sheredon Dr Buffalo NY 14223 |
| F.D. Ruenzi | 1835 Sheredon Dr Buffalo NY 14223 |
| Covorello JCC | 1835 Sheredon Dr Buffalo NY 14223 |
| Mark Gruber JCC | 1835 Sheredon Dr Buffalo NY 14223 |

Con't Complaint Village of Warsaw

| | |
|---|---|
| D. Yousick | 42 W Buffalo St Warsaw NY 14569 |
| P. Haffmeister | 42 W Buffalo St Warsaw NY 14569 |
| Mark Sundt JCC | 83 Center St Warsaw NY 14569 |
| Ron Errengton JCC | 83 Center St Warsaw NY 14569 |
| Vincent Hemming | 147 N. Main St Warsaw NY 14569 |
| W.C. Blythe JCC | 83 Center St Warsaw NY 14569 |

Con't Complaint Superior Court

| | |
|---|---|
| John J Flynn DA | 25 Delaware Ave. Buffalo NY 14202 |
| Michael J. Keane | 25 Delaware Ave Buffalo NY 14202 |
| David M. Zak | 25 Delaware Ave Buffalo NY 14202 |
| C.C. Gable | 25 Delaware Ave Buffalo NY 14202 |

Defendant(s):_____

2. Court (if federal court, name the district; if state court, name the county):_____

3. Docket or Index Number:_____

4. Name of Judge to whom case was assigned:_____

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

   Is it still pending? Yes ☐  No ☐

   If not, give the approximate date it was resolved._____

   Disposition (check those statements which apply):

   ☐ **Dismissed** (check the statement which indicates why it was dismissed):

   ☐ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

   ☐ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

   ☐ By court due to your voluntary withdrawal of claim;

   ☐ **Judgment** upon motion or after trial entered for

   ☐ plaintiff
   ☐ defendant.

## 5. STATEMENT OF CLAIM

Please note that it is not enough to just list the ground(s) for your action. You must include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

Fed.R.Civ.P. 8(a) states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

Fed.R.Civ.P. 10(b) states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

**A. FIRST CLAIM:** On (*date of the incident*) __February 10, 2023__,
defendant (*give the **name and (if relevant) the position held** of **each defendant** involved in this incident*) __P.O. Humphrey, Wainwright, Aguguiliali, and LT. Valint.__

3

did the following to me (*briefly state what each defendant named above did*): P.O. Humphrey Stoped me for walking "Suspiciously" after pulling in a mini Plaza, after He Waited for me 20 Min. until I returned to my automobile. After Driving Passed Him He wrote me 5 Tickets. After running my Plate, He Call for Back up, 5 officers + Lt. Come, Informing me of a warrant, I asked if He had it, No Reply. The Conflict is They Search + Seized personal Property. I was Transporting my arms, which is my 2nd Amendment Right, But I Had a "Pistol Permit". They found "The Order of Protection" out of NYC. Dated 1/21/23. I was on Vacation for 2 1/2 wks on Returned on 2/9/23 (10:30pm). The Next day I went to Turn →

The federal basis for this claim is: Sole intent of the Law was Never Broken. My intent was to do what the "Order of Protection" Said (Immediatly when I got Home) Next Day 2/10/23.

State briefly exactly what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: I want the Court To Hold Accountable all Person(s) Responsible for My emotional, Mental, an Physical "Duress" as well as Montary Damages for Trustpassing against My alienable Rights - See Fee Schedule.

---

**B. SECOND CLAIM:** On (*date of the incident*) 2/11/23

defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) P.O. YANSICK; W.C. BLYTHE JCC; RON ERRINGTON JCC; MARK SUNTT JCC; Pat WAGNER-COURT of CLERK

did the following to me (*briefly state what each defendant named above did*): 7/18/21 I was Traveling an I was issued 3 TKTS. I'm Not Commercial, Not for Hire an I Didn't accept their offer to Contract. (in violation of my Common Law Copyright) when I didn't appear they Issued a warrant. Never knew it existed until I went to Jail on 1/20/23 an was Told To take Care of it. On 2/10/23 I was arrested with the Conflict at Tonawanda. When Bailed Out, Warsaw P.O To me 70 miles at 10:45 pm To Be Arraign, excessive bail of $2600 after excessive bail in Erie of $25k. I was told to go To State Trooper Down →

The federal basis for this claim is: Sole intent of the Law wasn't Broken. No injured Party, No Damage, No Accuser only "N.Y. State" - No Deligation of Authority.

State briefly exactly what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: Hold Accountable all Person(s) Responsible for Emotional, Mental, an Physical "Duress" as well as Montary Damages for Trustpassing against my alienable Rights See Fee Schedule

---

If you have additional claims, use the above format to set them out on additional sheets of paper.

4

did the following to me (*briefly state what each defendant named above did*): _____

_____
_____
_____
_____
_____
_____

The federal basis for this claim is: _____

State briefly exactly what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:

_____
_____
_____

**C. THIRD.** On (*date of the incident*) __7/15/23__,
defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) __DAVID ZAK (ADA); SUSAN EAGAN (JCC)__

did the following to me (*briefly state what each defendant named above did*): __Indite Me for Bearing Arms with Permit (Here's The Conflict) on Vacation in NYC for 2½ weeks an I can't carry my arms there. Had altercation, an Order of Protection issued. When I returned on 2/9/23, I was Taking arms To My co-registrant my brother or Amherst P.D. They are both with in 2 miles of each other. Profiled By PO Humphrey 2/10/23, led To Search & Seizure with out Concealer/warrant. 3/15/23 Official Letter comes From Pistol Permit Dept Turn in all arms. Recieved on 3/18/23.__

The federal basis for this claim is: __Right To Bear Arms (Had Permit); unlawful Search & Seizure over Trying Me under Statue Jurisdiction of N.Y. Both ADA and Judge are a party to ⟹__

State briefly exactly what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:

_____
_____

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

4

Con't Claim One
my arm in to my co-registrant (my Brother) or Amherst P.D.

Con't Claim Two
The way and Tell them "it's Code Blue" can you Drive me Back to Buffalo. I did'nt know where to go and The Sheryff's Holding Center was No Help. So I Slep in Vestibule until the Next day when Someone picked me up.

Con't Claim Three
The conflict is I cont carry arms in N.Y.C, they are in Buffalo SAFE. When I get Home I take them The next Day an Get arrested and Charged for Doing what the "Order of Protection" Said (immediately) Then approx 30 days later "Postal Permit" sent official Letter to Turn your arms in. Jan 21/23 — March 18/23
    order of Pro.   2/10/23   offical Letter
                 arrested

Federal Basis
New York State, there is NO Criminal action under Statutory Jurisdiction in the Constitution. This is Civil at Best and Should Be tried under admiralty Law or Common Law in which the Civil Rules of Proceedure are different. There is "No injured Party, No Damage and NO Intent To Break the Law"

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

_____
_____
_____
_____
_____

Do you want a jury trial? Yes [ ]  No [X]

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___8/10/2023___
(date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_____
Signature(s) of Plaintiff(s)

5

**JS 44** (Rev. 12/07)

# CIVIL COVER SHEET

23 CV 813 - V

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
STEVEN MACKIE

**DEFENDANTS**
Town of Tonawanda
~~State of New York~~ ET AL

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known) ADA DAVID ZAK

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** / **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation / ☐ 441 Voting | ☒ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure / ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment / ☐ 443 Housing/ Accommodations | ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land / ☐ 444 Welfare | ☒ 535 Death Penalty | **IMMIGRATION** |  | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability / ☐ 445 Amer. w/Disabilities - Employment | ☒ 540 Mandamus & Other | ☐ 462 Naturalization Application |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property / ☐ 446 Amer. w/Disabilities - Other | ☒ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
| / ☒ 440 Other Civil Rights | ☒ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- ⊙ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
18 USC 8242 ; 42 USC 1983

Brief description of cause:
2ND Amendment Right to Bear Arms W/Permit ; 4TH Amendment Search + Seizure w/out consent

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint: or
JURY DEMAND: ☐ Yes ☐ No warrant

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 8/10/2023
SIGNATURE OF ATTORNEY OF RECORD
Mr. Mackie; Steven

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____